Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
DAVID LEE WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00043-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| DAVID LEE WHITE, | Judge: Honorable Morrison C. England. |
| Defendant. | |

## STIPULATION

1. By previous order this case was set for status conference on June 24, 2019.

2. By this stipulation, the defendants ask to move the status conference until October 17, 2019 and to exclude time between June 24, 2019 and October 17, 2019 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) Counsel for defendants desire time to consult with their clients, review the discovery, conduct investigation and otherwise prepare for trial.

    (b) Counsel for defendants believe failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    (c) The government does not object to the continuance.

///

{00027900}

(d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 24, 2019 to October 17, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated: June 21, 2019.　　　　　Respectfully submitted,

By　/s/ Kresta Nora Daly for
　　GRANT RABENN
　　ASSISTANT UNITED STATES ATTORNEY

Dated: June 21, 2019.　　　　　BARTH DALY LLP

By　/s/ Kresta Nora Daly
　　KRESTA NORA DALY
　　Attorneys for DAVID LEE WHITE

# ORDER

Pursuant to the stipulation of the parties, and good cause having been shown, a status conference is hereby set for October 17, 2019, at 10:00 a.m. Because Defendant withdrew his request for new counsel, ECF No. 57, no status conference was set for June 24, 2019, and thus nothing remains to be vacated. Instead, the Court finds excludable time from the last status conference on June 20, 2019, through October 17, 2019 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

IT IS SO ORDERED.

Dated: June 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE