Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
DAVID LEE WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID LEE WHITE and ALICIA McCOY,<br><br>　　　　Defendant. | Case No. 2:19-CR-00043-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable Morrison C. England. |

## STIPULATION

1.　　By previous order this case was set for status conference on May 7, 2020.

2.　　By this stipulation, the defendants ask to move the status conference until July 9, 2020 and to exclude time between May 7, 2020 and July 9, 2020 under Local Code T4.

3.　　The parties agree and stipulate, and request that the Court find the following:

　　(a)　　Counsel for defendants desire time to consult with their clients, review the discovery, conduct investigation and otherwise prepare for trial.

　　(b)　　Counsel for defendants believe failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

　　(c)　　The government does not object to the continuance.

{00030813}

(d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 7, 2020 to July 9, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated:  April 21, 2020.                     Respectfully submitted,

                                            By    /s/ Kresta Nora Daly for
                                                  GRANT RABENN
                                                  ASSISTANT UNITED STATES ATTORNEY

Dated:  April 21, 2020.

                                            By    /s/ Kresta Nora Daly for
                                                  DAVID GARLAND
                                                  Attorneys for ALICIA McCOY

Dated:  April 21, 2020.                     BARTH DALY LLP

                                            By    /s/ Kresta Nora Daly
                                                  KRESTA NORA DALY
                                                  Attorneys for DAVID LEE WHITE

# **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of June 4, 2020 is vacated.  The status conference will be reset for July 9, 2020.  The Court finds excludable time through July 9, 2020 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel.  The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial.  (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

IT IS SO ORDERED.

Dated:  April 28, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE