1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  2810 Fifth Street
   Davis, California 95618
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorneys for Defendant
   DAVID LEE WHITE

6

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | Case No. 2:19-CR-00043-MCE |
| 11             Plaintiff, | |
| 12       v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| 13  DAVID LEE WHITE, | |
| 14             Defendant. | Judge: Honorable Morrison C. England. |

15

16                      **STIPULATION**

17       1.      By previous order this case was set for status conference on July 9, 2020.

18       2.      By this stipulation, the defendants ask to move the status conference until October

19  15, 2020 and to exclude time between July 9, 2020 and October 15, 2020 under Local Code T4.

20       3.      The parties agree and stipulate, and request that the Court find the following:

21              (a)    Counsel for defendant desires time to consult with their clients, review the

22  discovery, conduct investigation and otherwise prepare for trial.

23              (b)    In light of the global pandemic defense counsel's ability to investigate this

24  case is extremely limited.  Witness interviews and other investigation cannot take place.  The

25  Eastern District of California has issued numerous emergency orders, consistent with similar

26  orders issued by other district and appellate courts, addressing this situation.

27              (c)    Counsel for defendants believe failure to grant the above-requested

28  continuance would deny them the reasonable time necessary for effective preparation, taking into

{00030813}

1  account the exercise of due diligence.

2      (d)     The government does not object to the continuance.

3      (e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    (e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 9, 2020 to October 15, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated: June 30, 2020.    Respectfully submitted,

By   /s/ Kresta Nora Daly for
    GRANT RABENN
    ASSISTANT UNITED STATES ATTORNEY

Dated: June 30, 2020.    BARTH DALY LLP

By   /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for DAVID LEE WHITE

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of July 9, 2020 is vacated. The status conference will be reset for October 15, 2020. The Court finds excludable time through October 15, 2020 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

IT IS SO ORDERED.

Dated: July 2, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE