Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
DAVID LEE WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00043-MCE |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| DAVID LEE WHITE, | |
| Defendant. | Judge: Honorable Morrison C. England. |

**STIPULATION**

1. By previous order this case was set for status conference on October 15, 2020.

2. By this stipulation, the defendants ask to move the status conference until December 10, 2020 and to exclude time between October 15, 2020 and December 10, 2020 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   (a) Counsel for defendant desires time to consult with their clients, review the discovery, conduct investigation and otherwise prepare for trial.

   (b) In light of the global pandemic defense counsel's ability to investigate this case is extremely limited.  Witness interviews and other investigation cannot take place.  The Eastern District of California has issued numerous emergency orders, consistent with similar orders issued by other district and appellate courts, addressing this situation.

///

(c) Counsel for defendants believe failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(d) The government does not object to the continuance.

(e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 15, 2020 to December 10, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated:  September 30, 2020.                    Respectfully submitted,

By     /s/ Kresta Nora Daly for
       GRANT RABENN
       ASSISTANT UNITED STATES ATTORNEY

Dated:  September 30, 2020.                    BARTH DALY LLP

By     /s/ Kresta Nora Daly
       KRESTA NORA DALY
       Attorneys for DAVID LEE WHITE

{00030813}                          - 2 -
STIPULATION AND ORDER                              [Case No. 2:19-CR-00043-MCE]

**ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The status conference of October 15, 2020 is vacated.  The status conference will be reset for December 10, 2020.  The Court finds excludable time through December 10, 2020 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel.  The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial.  (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

**Dated:  October 1, 2020**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE