PHILLIP A. TALBERT
Acting United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>DAVID LEE WHITE,<br><br>                              Defendant. | CASE NO.  2:19-CR-00043-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 25, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 25, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until May 27, 2021, and to exclude time between March 25, 2021, and May 27, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The case allegations conspiracy to distribute drugs on the Dark Web.  The evidence is complex and involved the use of multiple websites and links.  The government has provided voluminous discovery to defense counsel.  Defense counsel is still in the continuing process of reviewing this discovery and conducting its own investigation regarding potential

defenses in the case.  Further, the defense is conducting researching regarding the Dark Web and various Tor websites.

b)      The government has represented that the discovery associated with this case includes investigative reports and electronic evidence.  This discovery has been either produced directly to counsel and/or made available for inspection and copying.

c)      In light of the global pandemic defense counsel's ability to investigate this case is extremely limited. Witness interviews and other investigation cannot take place. The Eastern District of California has issued numerous emergency orders, consistent with similar orders issued by other district and appellate courts, addressing this situation.

d)      Counsel for defendant desires additional time to research, review the discovery and investigate potential defenses in this matter.  This investigation is necessary to ensure that potential defenses are explored and discussed with defendant in this case.  These defense tasks have been complicated and delayed as a result of COVID-19.

e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)      The government does not object to the continuance.

g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 25, 2021, to May 27, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 23, 2021

MᴄGREGOR W. SCOTT
United States Attorney


/s/ PAUL HEMESATH
PAUL HEMESATH
Assistant United States Attorney


Dated:  March 23, 2021

/s/ KRESTA DALY
KRESTA DALY
Counsel for Defendant
DAVID LEE WHITE


**ORDER**

IT IS SO ORDERED.

Dated:  March 25, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE