PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00043-MCE-3 |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| DAVID LEE WHITE, | DATE: September 9, 2021 |
| | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 9, 2021.

2. By this stipulation, the defendant now moves to continue the status conference until **October 28, 2021, at 10:00 a.m**., and to exclude time between September 9, 2021, and October 28, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) This case alleges a conspiracy to distribute controlled substances on the dark web. The evidence in this case is complex and involves the use of multiple websites and links.

///

///

   b) The government has produced voluminous discovery to the defendant and his co-conspirators.  Defense counsel is reviewing the discovery and conducting its own investigation regarding potential defenses in the case.

   c) In light of the global COVID-19 pandemic, defense counsel's ability to investigate this case is extremely limited.  Witness interviews and other investigation cannot take place.  The United States District Court for the Eastern District of California has issued numerous emergency orders, consistent with similar orders issued by other district and appellate courts, addressing this situation.

   d) Counsel for the defendant desires additional time to conduct research, review discovery, and investigate potential defenses in this matter.  This investigation is necessary to ensure that potential defenses are explored and discussed with the defendant.  As set forth above, these defense tasks have been complicated and delayed as a result of the difficulties caused by the COVID-19 pandemic.

   e) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   f) The government does not object to the continuance.

   g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 9, 2021, to October 28, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 1, 2021     PHILLIP A. TALBERT
                              Acting United States Attorney


                              /s/ SAM STEFANKI
                              SAM STEFANKI
                              Assistant United States Attorney


Dated:  September 1, 2021     /s/ KRESTA DALY
                              KRESTA DALY
                              Counsel for Defendant
                              DAVID LEE WHITE

## ORDER

IT IS SO ORDERED.

Dated:  September 7, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3