PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-00043-TLN |
| Plaintiff, | STIPULATION REGARDING SENTENCING; ORDER |
| v. | |
| DAVID LEE WHITE, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for sentencing on January 6, 2022.  *See* ECF No. 166.  The case was recently reassigned and all pending dates vacated.  ECF No. 174.

2.     By this stipulation, the parties now move to set the matter for sentencing on February 17, 2022, and request that the Court set the following schedule:

a)     Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before January 20, 2022;

b)     A final PSR shall be filed by the probation officer on or before January 27, 2022;

c)     Formal objections to, and motions for correction of, the PSR shall be filed on or before February 3, 2022;

d)     Sentencing memoranda shall be filed on or before February 10, 2022;

1         e)       Replies to objections to, and motions for correction of, the PSR shall be filed on

2  or before February 10, 2022.

3

4       IT IS SO STIPULATED.

5

6  Dated:  November 15, 2021                PHILLIP A. TALBERT
                                            Acting United States Attorney

7

8                                    /s/ SAM STEFANKI

9                                    SAM STEFANKI
                                    Assistant United States Attorney

10

11

12  Dated:  November 15, 2021                /s/ KRESTA DALY

13                                    KRESTA DALY
                                    Counsel for Defendant
                                    DAVID LEE WHITE

14

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**ORDER**

This matter is hereby SET for judgment and sentencing on February 17, 2022, at 9:30 a.m..  The parties shall appear before the Court at that date and time.  The Court hereby ADOPTS the following schedule:

1.      Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before January 20, 2022;

2.      A final PSR shall be filed by the probation officer on or before January 27, 2022;

3.      Formal objections to, and motions for correction of, the PSR shall be filed on or before February 3, 2022;

4.      Sentencing memoranda shall be filed on or before February 10, 2022;

5.      Replies to objections to, and to motions for correction of, the PSR shall be filed on or before February 10, 2022.

IT IS SO ORDERED.

DATED: November 16, 2021

Troy L. Nunley
United States District Judge